3-29-18

```
PDKAR008AABVEN           STATE OF TEXAS                  03/29/2018
                   BOARD OF PARDONS AND PAROLES          PAGE    1

                    NOTICE OF PAROLE PANEL DECISION

NAME: DELGADO,JOSE MANUEL
SID NUMBER: 06569227                   TDCJ-ID NUMBER: 01798423
TDCJ-ID UNIT OF ASSIGNMENT: SEGOVIA
HOUSING ASSIGNMENT: DORM C-1           BED: 050
```

SUBJECT: Decision Not to Grant Mandatory Supervision - DMS

After a review of your case, the Board of Pardons and Paroles decision is not to grant you Mandatory Release and has marked your case as a Denied Mandatory Supervision. Your next review date has been set for 03/2019.

You have been denied Mandatory Supervision Release for the reason(s) listed below:
One or more components indicated in each paragraph listed below may apply, but only one is required.

9D1. THE RECORD INDICATES THAT THE OFFENDER'S ACCRUED GOOD CONDUCT TIME IS NOT AN ACCURATE REFLECTION OF THE OFFENDER'S POTENTIAL FOR REHABILITATION.
9D2. THE RECORD INDICATES THAT THE OFFENDER'S RELEASE WOULD ENDANGER THE PUBLIC.
1D. THE RECORD INDICATES THAT THE OFFENDER HAS REPEATEDLY COMMITTED CRIMINAL EPISODES THAT INDICATE A PREDISPOSITION TO COMMIT CRIMINAL ACTS UPON RELEASE.
2D. THE RECORD INDICATES THE INSTANT OFFENSE HAS ELEMENTS OF BRUTALITY, VIOLENCE, ASSAULTIVE BEHAVIOR, OR CONSCIOUS SELECTION OF VICTIM'S VULNERABILITY INDICATING A CONSCIOUS DISREGARD FOR THE LIVES, SAFETY, OR PROPERTY OF OTHERS, SUCH THAT THE OFFENDER POSES A CONTINUING THREAT TO PUBLIC SAFETY.
3D. THE RECORD INDICATES EXCESSIVE SUBSTANCE USE INVOLVEMENT.
4D. THE RECORD INDICATES THAT THE OFFENDER HAS AN UNSATISFACTORY INSTITUTIONAL ADJUSTMENT.
5D. THE RECORD INDICATES UNSUCCESSFUL PERIODS OF SUPERVISION ON PREVIOUS PROBATION, PAROLE, OR MANDATORY SUPERVISION THAT RESULTED IN INCARCERATION, INCLUDING PAROLE-IN-ABSENTIA.

The Institutional Division will monitor your treatment plan progress and will report your progress to the Board of Pardons and Paroles.

Should you have any questions regarding this notice you are to contact your unit Institutional Parole Office.

This Notice of the Parole Panel Action is your written detailed statement as required by Texas Government Code SECTION 508.1411.
DMS
CC: OFFENDER

Exhibit "A"